DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MIGUEL PEREZ CAMERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0057

_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Gregory G. Green, Judge.

Blair Allen, Public Defender, and Daniel Muller, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.